# FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0485



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0485

DAREN ENGELLANT, individually and
acting as Personal Representative of the
ESTATE OF GREGORY ENGELLANT,

       Plaintiff, Appellant and Cross-
Appellee,

    v.

CROWLEY FLECK, PLLP, a Montana
Professional Limited Liability Partnership,
and
DANIEL N. MCLEAN, an individual,

       Defendants, Appellees and
Cross-Appellee,

CROWLEY FLECK, PLLP and DANIEL
N. MCLEAN,

       Third-Party Plaintiffs,

    v.

KENNETH ENGELLANT and SHANA
DIEKHANS,

       Third-Party Defendants.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT JACK CONNORS, whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this N/A.

Bowen Greenwood, Clerk of the Supreme Court

c: Daren Engellant, Mikel L. Moore, Eric M. Brooks, Michael L. Rausch, William Joseph Levine, Emily Marjoria McCulloch, Kevin Engellant, Jack Connors